**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-13462
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

SHAKIRA JANAE ENGLISH,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:24-cr-00045-AMM-SGC-1
_____

Before ROSENBAUM, NEWSOM, and WILSON, Circuit Judges.

PER CURIAM:

W. Scott Brower, appointed counsel for Shakira English in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders*

2                  Opinion of the Court                25-13462

*v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and English's convictions and sentences are **AFFIRMED.**